IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Escalante, Mihaela D

Printed: 7/15/08

Case Number: 04 B 42088
Judge: Hollis, Pamela S
Filed: 11/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 10, 2008
Confirmed: January 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 32,985.71 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 28,324.32 |
| Priority: |  | 2,905.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,756.39 |
| Other Funds: |  | 0.00 |
| Totals: | 32,985.71 | 32,985.71 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Priority | 2,905.00 | 2,905.00 |
| 3. | ECast Settlement Corp | Unsecured | 3,077.40 | 3,077.40 |
| 4. | Northwest Education Loan Association | Unsecured | 7,933.82 | 7,933.82 |
| 5. | Resurgent Capital Services | Unsecured | 1,077.23 | 1,077.23 |
| 6. | Internal Revenue Service | Unsecured | 8,303.58 | 238.23 |
| 7. | Resurgent Capital Services | Unsecured | 4,416.42 | 4,416.42 |
| 8. | ECast Settlement Corp | Unsecured | 5,489.42 | 5,489.42 |
| 9. | ECast Settlement Corp | Unsecured | 152.18 | 152.18 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,401.98 | 1,401.98 |
| 11. | Resurgent Capital Services | Unsecured | 4,537.64 | 4,537.64 |
| 12. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 39,294.67 | $ 31,229.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 142.95 |
| 3% | 81.18 |
| 5.5% | 295.09 |
| 5% | 55.04 |
| 4.8% | 177.40 |
| 5.4% | 344.79 |
| 6.5% | 659.94 |
|  | $ 1,756.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Escalante, Mihaela D | Case Number:  04 B 42088 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  11/12/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

